# United States District Court
## Violation Notice

CVB SCAN AUG 18, 2016 16:33

CVB Location Code: **N4 50**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6507376 | RUSSELL | 1349 |

6507376

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 7/20/2016 1245 pm | 18 U.S.C. Section 641 |

Place of Offense

VA MEDICAL CENTER - CANTEEN STORE

HAZMAT ☐

Offense Description: Factual Basis for Charge

THEFT OF GOVERNMENT PROPERTY (SHOPLIFTING) LESS THAN $1000.00

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| CAREY | WILLIAM | E |

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|

| A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|

| | |
|---|---|
| $ | Forfeiture Amount |
| + $30 | Processing Fee |
| PAY THIS AMOUNT → $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| JAMES T. FOLEY COURTHOUSE 445 BROADWAY ALBANY, NY 12207 | TBD |
| | Time (hh:mm) TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

(Rev. 09/2015)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **July 20**, 20 **16** while exercising my duties as a law enforcement officer in the **Northeastern** District of **New York**
that I was notified of a shoplifting at the VA Medical Center Canteen Store that occurred at approximately 12:34pm and after reviewing video surveillance and my personal investigation determined the defendant listed herein did commit the offense listed herein. ///END OF STATEMENT///

CVB SCAN AUG 18, 2016 16:33

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/20/2016** _____ Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident